## Farrell J. Strode, Appellant, v. Ollie Brown, Appellee.
## Gen. No. 45,933.

Lycurgus J. Conner, for appellant; no appearance for appellee. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed June 23, 1953; released for publication September 22, 1953.